UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Samuel Love,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Ronald H. Voyles; Carlyn D. Voyles; Pro Collision, Inc.,<br><br>　　　　　　　　　　Defendants. | Case No. EDCV 18-97 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, Plaintiff Samuel Love's Application for Default Judgment against Ronald H. Voyles, Carlyn D. Voyles, and Pro Collion, Inc. is GRANTED. Plaintiff is AWARDED $4,000.00 in statutory damages under the Unruh Civil Rights Act, $5,277.50 in attorneys' fees, and $625.00 in costs. Pro Collision, Ronald Voyles, and Carlyn Voyles are joint and severally liable for the amounts awarded. Judgment is entered in favor of Plaintiff.

　　IT IS FURTHER ORDERED that Defendants provide a van accessible parking space at the business located at 13400 Calimesa Blvd., Yucaipa, California in compliance with the Americans with Disabilities Act Accessibility Guidelines.

///

///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that Plaintiff mail a copy of this Judgment and |
| 2 | the Order concurrently filed therewith to Defendants.  Plaintiff shall file Proof of |
| 3 | Service with the Court within ten days of the date of the Order. |

Dated: March 14, 2019          THE HONORABLE JESUS G. BERNAL
                               United States District Judge